**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-14370-ROSENBERG**
**(CASE NO. 16-CR-14002-ROSENBERG)**

VENTERIA LEANET REASON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION, DISMISSING**
**MOTION TO VACATE SENTENCE, AND CLOSING CASE**

This matter is before the Court upon Movant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed at DE 1 under Case No. 19-CV-14370.  The Court previously referred the Motion to Magistrate Judge Lisette M. Reid for a Report and Recommendation on any dispositive matters.  On August 25, 2020, Judge Reid issued a Report of Magistrate Judge, in which she recommended that the Motion be dismissed as untimely.  DE 7 under Case No. 19-CV-14370.  The parties had until September 9, 2020 to object to the Report of Magistrate Judge, but neither filed an objection.

The Court has reviewed Movant's Motion, Respondent's Response thereto, the Report of Magistrate Judge, and all relevant records from the underlying criminal case (Case No. 16-CR-14002) and is otherwise fully advised in the premises.  The Court agrees with the analysis and conclusions in the Report of Magistrate Judge and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report of Magistrate Judge [DE 7 under Case No. 19-CV-14370] is **ADOPTED** as the Order of the Court.

2. Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1 under Case No. 19-CV-14370] is **DISMISSED AS UNTIMELY**.

3. A certificate of appealability **SHALL NOT ISSUE**.

4. Judgment is entered for Respondent.

5. The Clerk of the Court is instructed to **CLOSE Case No. 19-CV-14370**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record